UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, : | HON. WILLIAM H. WALLS |
|       Plaintiff, : | CR. NO.: 12-656 (WHW) |
|   v. : | |
| : | **ORDER MODIFYING CONDITIONS OF** |
| : | **RELEASE OF NIXON PROVILLON** |
| NIXON PROVILLON, : | |
|       Defendant. : | |

This matter having been opened to the Court by the Law Office of Laurie M. Fierro, P.A., Laurie M. Fierro, Esq. appearing for defendant Nixon Provillon, in the presence of the United States Attorney's Office, Adam Subervi, Esq. appearing for the United States of America, for an Order modifying the conditions of release of Nixon Provillon relaxing the condition of home detention to permit continued attendance at the football games and playoff football games of Nixon Provillon Jr. and Jasiah Provillon, and for good cause having been shown; it is on this 20 day of November, 2012

ORDERED that the conditions of release of Defendant Nixon Provillon are modified to relax the condition of home detention to permit attendance by Nixon Provillon at the football games and playoff football games of Nixon Provillon Jr. and Jasiah Provillon until December 15, 2012, as approved by pretrial services and it is further

ORDERED that all other conditions of release shall remain in effect and it is further

ORDERED that a copy of this Order shall be provided to Adam

Subervi, Esq. and Barbara Hutchinson of United States Pretrial Services within     days of its receipt by counsel for Nixon Provillon.

_____
Hon. William H. Walls